IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-3580

CENTER FOR BIOLOGICAL DIVERSITY, and
WESTERN WATERSHEDS PROJECT,

    Plaintiffs,

v.

U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the Interior; U.S. FISH AND WILDLIFE; AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service; BUREAU OF LAND MANAGEMENT; WILLIAM PENDLEY, exercising the authority of the Director of Bureau of Land Management; U.S. FOREST SERVICE; VICKI CHRISTIANSEN, Chief, U.S. Forest Service; NATIONAL PARK SERVICE; MARGARET EVERSON, exercising the authority of the Director, National Park Service.

    Defendants.

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

### INTRODUCTION

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs, Center for Biological Diversity and Western Watersheds Project, through their undersigned counsel, hereby certify to this Court that there are no parent corporations of, or any publicly-held corporations that own stock in, Plaintiffs' non-profit corporations.

Dated: December 7, 2020

Respectfully submitted,

/s/ Ryan Adair Shannon
Ryan Adair Shannon
Center for Biological Diversity
P.O. Box 11374

CORPORATE DISCLOSURE STATEMENT—1

Portland, OR 97211
(503) 283-5474
Fax: (503) 283-5528
rshannon@biologicaldiversity.org

*Counsel for the Center for Biological Diversity*


/s/ Talasi B. Brooks
Western Watersheds Project
P.O. Box 2863
Boise, ID 83714
(208)336-9077
tbrooks@westernwatersheds.org

*Counsel for Western Watersheds Project*

CORPORATE DISCLOSURE STATEMENT—2