AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR; (additional Defendants listed in addendum) | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.   1:20-cv-03580-REB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan Adair Shannon            Talasi Brooks
Center for Biological Diversity    Western Watersheds Project
P.O. Box 11374                     P.O. Box 2863
Portland, OR 97211                 Boise, ID 83701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     12/09/2020                                         s/A. Thomas, Deputy Clerk

_____                    _____
                                                    *Signature of Clerk or Deputy Clerk*

Additional Defendants:

DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the
Interior;
U.S. FISH AND WILDLIFE SERVICE;
AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service;
BUREAU OF LAND MANAGEMENT;
WILLIAM PENDLEY, in his official capacity exercising the authority of the Director of Bureau
of Land Management;
U.S. FOREST SERVICE;
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service;
NATIONAL PARK SERVICE;
MARGARET EVERSON, in her official capacity exercising the authority of the Director of the
National Park Service,

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:20-cv-03580-REB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR; (additional Defendants listed in addendum) | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.   1:20-cv-03580-REB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Bernhardt
Secretary of the Interior
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ryan Adair Shannon            Talasi Brooks
Center for Biological Diversity    Western Watersheds Project
P.O. Box 11374                   P.O. Box 2863
Portland, OR 97211               Boise, ID 83701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        12/09/2020                                      s/A. Thomas, Deputy Clerk
                                                    *Signature of Clerk or Deputy Clerk*

Additional Defendants:

DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the
Interior;
U.S. FISH AND WILDLIFE SERVICE;
AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service;
BUREAU OF LAND MANAGEMENT;
WILLIAM PENDLEY, in his official capacity exercising the authority of the Director of Bureau
of Land Management;
U.S. FOREST SERVICE;
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service;
NATIONAL PARK SERVICE;
MARGARET EVERSON, in her official capacity exercising the authority of the Director of the
National Park Service,

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-03580-REB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                *Server's signature*

                                   _____
                                                *Printed name and title*


                                   _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR; (additional Defendants listed in addendum) | ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.  1:20-cv-03580-REB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bureau of Land Management
760 Horizon Drive
Grand Junction, CO 81506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ryan Adair Shannon          Talasi Brooks
Center for Biological Diversity     Western Watersheds Project
P.O. Box 11374             P.O. Box 2863
Portland, OR 97211           Boise, ID 83701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____12/09/2020_____          _____
                                        s/A. Thomas, Deputy Clerk
                                     *Signature of Clerk or Deputy Clerk*

Additional Defendants:

DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the
Interior;
U.S. FISH AND WILDLIFE SERVICE;
AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service;
BUREAU OF LAND MANAGEMENT;
WILLIAM PENDLEY, in his official capacity exercising the authority of the Director of Bureau
of Land Management;
U.S. FOREST SERVICE;
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service;
NATIONAL PARK SERVICE;
MARGARET EVERSON, in her official capacity exercising the authority of the Director of the
National Park Service,

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-03580-REB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR; (additional Defendants listed in addendum) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:20-cv-03580-REB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Vicki Christiansen
Forest Service Chief
USDA Forest Service
Attn: Vicki Christiansen
1400 Independence Ave., SW
Washington, D.C. 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ryan Adair Shannon          Talasi Brooks
Center for Biological Diversity    Western Watersheds Project
P.O. Box 11374                      P.O. Box 2863
Portland, OR 97211                  Boise, ID 83701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    12/09/2020

s/A. Thomas, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Additional Defendants:

DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the
Interior;
U.S. FISH AND WILDLIFE SERVICE;
AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service;
BUREAU OF LAND MANAGEMENT;
WILLIAM PENDLEY, in his official capacity exercising the authority of the Director of Bureau
of Land Management;
U.S. FOREST SERVICE;
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service;
NATIONAL PARK SERVICE;
MARGARET EVERSON, in her official capacity exercising the authority of the Director of the
National Park Service,

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:20-cv-03580-REB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and<br>WESTERN WATERSHEDS PROJECT,<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR;<br>(additional Defendants listed in addendum)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  1:20-cv-03580-REB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Department of the Interior
1849 C Street, N.W.
Washington DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Ryan Adair Shannon<br>Center for Biological Diversity<br>P.O. Box 11374<br>Portland, OR 97211 | Talasi Brooks<br>Western Watersheds Project<br>P.O. Box 2863<br>Boise, ID 83701 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      12/09/2020                                    s/A. Thomas, Deputy Clerk
                                                       *Signature of Clerk or Deputy Clerk*

Additional Defendants:

DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the
Interior;
U.S. FISH AND WILDLIFE SERVICE;
AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service;
BUREAU OF LAND MANAGEMENT;
WILLIAM PENDLEY, in his official capacity exercising the authority of the Director of Bureau
of Land Management;
U.S. FOREST SERVICE;
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service;
NATIONAL PARK SERVICE;
MARGARET EVERSON, in her official capacity exercising the authority of the Director of the
National Park Service,

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-03580-REB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                         *Server's signature*

                                                 _____
                                                         *Printed name and title*


                                                 _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| U.S. DEPARTMENT OF THE INTERIOR; (additional Defendants listed in addendum) | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.  1:20-cv-03580-REB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Margaret Everson
Exercising the Delegated Authority of the Director National Park Service
National Park Service
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan Adair Shannon            Talasi Brooks
Center for Biological Diversity    Western Watersheds Project
P.O. Box 11374                P.O. Box 2863
Portland, OR 97211            Boise, ID 83701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   12/09/2020

s/A. Thomas, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Additional Defendants:

DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the
Interior;
U.S. FISH AND WILDLIFE SERVICE;
AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service;
BUREAU OF LAND MANAGEMENT;
WILLIAM PENDLEY, in his official capacity exercising the authority of the Director of Bureau
of Land Management;
U.S. FOREST SERVICE;
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service;
NATIONAL PARK SERVICE;
MARGARET EVERSON, in her official capacity exercising the authority of the Director of the
National Park Service,

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-03580-REB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                      _____
                                                        *Server's signature*

                                                    _____
                                                        *Printed name and title*


                                                    _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR; (additional Defendants listed in addendum) | ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.  1:20-cv-03580-REB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  USDA Forest Service
1400 Independence Ave., SW
Washington, D.C. 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan Adair Shannon        Talasi Brooks
Center for Biological Diversity   Western Watersheds Project
P.O. Box 11374          P.O. Box 2863
Portland, OR 97211         Boise, ID 83701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____12/09/2020_____              _____
s/A. Thomas, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Additional Defendants:

DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the
Interior;
U.S. FISH AND WILDLIFE SERVICE;
AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service;
BUREAU OF LAND MANAGEMENT;
WILLIAM PENDLEY, in his official capacity exercising the authority of the Director of Bureau
of Land Management;
U.S. FOREST SERVICE;
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service;
NATIONAL PARK SERVICE;
MARGARET EVERSON, in her official capacity exercising the authority of the Director of the
National Park Service,

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-03580-REB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  1:20-cv-03580-REB |
| U.S. DEPARTMENT OF THE INTERIOR; (additional Defendants listed in addendum) | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Park Service
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  

| | |
|---|---|
| Ryan Adair Shannon | Talasi Brooks |
| Center for Biological Diversity | Western Watersheds Project |
| P.O. Box 11374 | P.O. Box 2863 |
| Portland, OR 97211 | Boise, ID 83701 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____12/09/2020_____          _____s/A. Thomas, Deputy Clerk_____
*Signature of Clerk or Deputy Clerk*

Additional Defendants:

DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the
Interior;
U.S. FISH AND WILDLIFE SERVICE;
AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service;
BUREAU OF LAND MANAGEMENT;
WILLIAM PENDLEY, in his official capacity exercising the authority of the Director of Bureau
of Land Management;
U.S. FOREST SERVICE;
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service;
NATIONAL PARK SERVICE;
MARGARET EVERSON, in her official capacity exercising the authority of the Director of the
National Park Service,

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:20-cv-03580-REB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and<br>WESTERN WATERSHEDS PROJECT,<br><br>*Plaintiff(s)*<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR;<br>(additional Defendants listed in addendum)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:20-cv-03580-REB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   William Perry Pendley
Deputy Director, Policy and Programs
U.S. Bureau of Land Management
1849 C. Street NW, Rm. 5665
Washington, DC 20240


        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   

Ryan Adair Shannon                    Talasi Brooks
Center for Biological Diversity       Western Watersheds Project
P.O. Box 11374                        P.O. Box 2863
Portland, OR 97211                    Boise, ID 83701


        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:  _____12/09/2020_____                    ___s/A. Thomas, Deputy Clerk___
                                                   *Signature of Clerk or Deputy Clerk*

Additional Defendants:

DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the
Interior;
U.S. FISH AND WILDLIFE SERVICE;
AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service;
BUREAU OF LAND MANAGEMENT;
WILLIAM PENDLEY, in his official capacity exercising the authority of the Director of Bureau
of Land Management;
U.S. FOREST SERVICE;
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service;
NATIONAL PARK SERVICE;
MARGARET EVERSON, in her official capacity exercising the authority of the Director of the
National Park Service,

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-03580-REB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR; (additional Defendants listed in addendum) | ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.   1:20-cv-03580-REB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aurelia Skipwith
Director U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, D.C. 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan Adair Shannon                    Talasi Brooks
Center for Biological Diversity       Western Watersheds Project
P.O. Box 11374                        P.O. Box 2863
Portland, OR 97211                    Boise, ID 83701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  ___12/09/2020___

___s/A. Thomas, Deputy Clerk___
*Signature of Clerk or Deputy Clerk*

Additional Defendants:

DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the
Interior;
U.S. FISH AND WILDLIFE SERVICE;
AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service;
BUREAU OF LAND MANAGEMENT;
WILLIAM PENDLEY, in his official capacity exercising the authority of the Director of Bureau
of Land Management;
U.S. FOREST SERVICE;
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service;
NATIONAL PARK SERVICE;
MARGARET EVERSON, in her official capacity exercising the authority of the Director of the
National Park Service,

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-03580-REB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR; (additional Defendants listed in addendum) | ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.   1:20-cv-03580-REB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil Process Clerk
The U.S. Attorney's Office
District of Colorado
1801 California St., Ste. 1600
Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan Adair Shannon                  Talasi Brooks
Center for Biological Diversity      Western Watersheds Project
P.O. Box 11374                       P.O. Box 2863
Portland, OR 97211                   Boise, ID 83701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        12/09/2020                                    s/.A. Thomas, Deputy Clerk
                                                            *Signature of Clerk or Deputy Clerk*

Additional Defendants:

DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the
Interior;
U.S. FISH AND WILDLIFE SERVICE;
AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service;
BUREAU OF LAND MANAGEMENT;
WILLIAM PENDLEY, in his official capacity exercising the authority of the Director of Bureau
of Land Management;
U.S. FOREST SERVICE;
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service;
NATIONAL PARK SERVICE;
MARGARET EVERSON, in her official capacity exercising the authority of the Director of the
National Park Service,

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-03580-REB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                   _____
                                              *Server's signature*

                                          _____
                                              *Printed name and title*


                                          _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR; (additional Defendants listed in addendum) | ) ) ) |
| _Defendant(s)_ | ) ) ) |

Civil Action No.   1:20-cv-03580-REB

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   U.S. Fish and Wildlife Service
Department of the Interior
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan Adair Shannon                     Talasi Brooks
Center for Biological Diversity      Western Watersheds Project
P.O. Box 11374                            P.O. Box 2863
Portland, OR 97211                       Boise, ID 83701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:   _____12/09/2020_____          _____s/A. Thomas, Deputy Clerk_
_Signature of Clerk or Deputy Clerk_

Additional Defendants:

DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the
Interior;
U.S. FISH AND WILDLIFE SERVICE;
AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service;
BUREAU OF LAND MANAGEMENT;
WILLIAM PENDLEY, in his official capacity exercising the authority of the Director of Bureau
of Land Management;
U.S. FOREST SERVICE;
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service;
NATIONAL PARK SERVICE;
MARGARET EVERSON, in her official capacity exercising the authority of the Director of the
National Park Service,

Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-03580-REB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                                 _____
                                                          *Printed name and title*


                                                 _____
                                                          *Server's address*

Additional information regarding attempted service, etc: