**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03580-REB

CENTER FOR BIOLOGICAL DIVERSITY and
WESTERN WATERSHEDS PROJECT,

    Plaintiffs,

  v.

U.S. DEPARTMENT OF THE INTERIOR,
DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior,
U.S. FISH AND WILDLIFE SERVICE,
MARTHA WILLIAMS, in her official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service,
BUREAU OF LAND MANAGEMENT,
NADA CULVER, in her official capacity as Deputy Director for Policy and Programs, Bureau of Land Management,
U.S. FOREST SERVICE,
VICKI CHRISTIANSEN, in her official capacity as Chief of the U.S. Forest Service,
NATIONAL PARK SERVICE, and
SHAWN BENGE, in his official capacity as Deputy Director of Operations of the National Park Service,

    Federal Defendants,

BOARD OF COUNTY COMMISIONERS OF THE COUNTY OF
GUNNISON, COLORADO and THE GUNNISON COUNTY
STOCKGROWERS' ASSOCIATION, INC.,

    Defendant-Intervenors.

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**

Federal Defendants U.S. Department of the Interior; Debra Haaland, in her official capacity as Secretary of the U.S. Department of the Interior; Martha Williams, in her official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service; the Bureau of Land Management; Nada Culver, in her official capacity as Deputy Director for Policy and Programs, Bureau of Land Management; the U.S. Forest Service; Vicki Christiansen, in her official capacity as Chief of the U.S. Forest Service; the National Park Service; and Shawn Benge, in his official capacity as Deputy Director of Operations of the National Park Service (collectively "Federal Defendants") respectfully request that the Court extend the time by which Federal Defendants must file the Administrative Record until August 20, 2021. In support of this motion, Federal Defendants state as follows:

1. Plaintiffs filed their Petition for Review of Agency Action on December 7, 2020. ECF No. 1.

2. Federal Defendants timely filed their Answer on March 5, 2021. ECF No. 15; *see* ECF No. 13.

3. On March 5, 2021, the Parties filed a Proposed Joint Case Management Plan, which proposed providing the Administrative Record to the Court in electronic format on a flash drive or CD/DVDs on or before July 16, 2021. ECF No. 16 at 4.

4. On April 14, 2021, the Court entered a Minute Order approving the Joint Case Management Plan, except for the provision proposed by the parties to provide the administrative record to the Court on a flash drive or CD/DVDs. ECF No. 17 at 1. The Court noted that the District of Colorado's *Electronic Case Filing Procedures (Civil*

*Cases)*, ¶ 1.1 require that all documents filed in civil cases "shall be filed electronically in a portable document format (PDF) using the Electronic Case Filing System (ECF)." *Id.* Accordingly, the Joint Case Management Plan approved by the Court provides that "[t]he administrative record shall be filed in a format facilitating filing in CM/ECF" on or before July 16, 2021. ECF No. 18 at 4.

5.  On July 12, 2021, Federal Defendants filed an Unopposed Motion for Extension of Time, and Unopposed Motion to Reconsider an Interlocutory Order, or in the Alternative for an Extension of Time. ECF No. 37. Federal Defendants requested that the Court extend the deadline for filing the Administrative Record until July 30, 2021 because the enormity of the Administrative Record and the agencies' limited resources impeded their ability to finalize the Administrative Record by the July 16, 2021 deadline. Additionally, Federal Defendants moved for the Court to reconsider its Orders requiring that the full Administrative Record be electronically filed on the docket because electronically filing the 45.8 gigabyte Administrative Record would impose an undue burden on Federal Defendants.

6.  There is good cause for an extension of the Administrative Record deadline. While the agencies have compiled and finalized the Administrative Record, Federal Defendants are currently processing the record to format it for electronic filing. As discussed in Federal Defendants' July 12, 2021 unopposed motions, Federal Defendants are unable to process and electronically file the full Administrative Record on the docket on or before July 30, 2021 due to the size of the record and the upload limitations for the District of Colorado's Electronic Case Filing System. Counsel for

Federal Defendants still estimates that once the record is finished processing for uploading onto the docket, which will likely take at least another week, it will take 4-5 business days to upload all of the files onto the docket.

7.     Moreover, the Court's migration from its current CM/ECF system to the Next Generation of CM/ECF starting at 12:00 pm MT on Friday July 30, 2021, will impede counsel for Federal Defendants' ability to continuously upload the filings that constitute the Administrative Record.

8.     This extension would be solely for the Administrative Record deadline and would not extend the other briefing deadlines currently set in this case.

9.     Federal Defendants will send copies of the Administrative Record to the parties on flash drives on July 30, 2021.

10.    Federal Defendants do not withdraw their Unopposed Motion to Reconsider an Interlocutory Order.

11.    Counsel for Federal Defendants has conferred with counsel for Plaintiffs and counsel for Defendant-Intervenors, who have stated that they will not oppose this motion.

Accordingly, Federal Defendants respectfully request that the Court extend the time by which Federal Defendants must file the Administrative Record until August 20, 2021. This is relief we are seeking along with the existing request in the Unopposed Motion to Reconsider an Interlocutory Order for relief from the obligation to file the Administrative Record electronically.

Respectfully submitted this 29th day of July, 2021.

        TODD KIM,
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division
        SETH M. BARSKY, Chief
        S. JAY GOVINDAN, Assistant Chief
        Wildlife & Marine Resources Section

        */s/ Kamela A. Caschette*
        Kamela A. Caschette, Trial Attorney
        Wildlife & Marine Resources Section
        P.O. Box 7611, Ben Franklin Station
        Washington, DC 20044-7611
        Tel: (202) 305-0340
        Fax: (202) 305-0275
        Kamela.Caschette@usdoj.gov

        *Attorneys for Federal Defendants*