IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03580-REB

CENTER FOR BIOLOGICAL DIVERSITY and
WESTERN WATERSHEDS PROJECT,

       Plaintiffs,

  v.

U.S. DEPARTMENT OF THE INTERIOR,
DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior,
U.S. FISH AND WILDLIFE SERVICE,
MARTHA WILLIAMS, in her official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service,
BUREAU OF LAND MANAGEMENT,
TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management,[1]
U.S. FOREST SERVICE,
RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service,
NATIONAL PARK SERVICE, and
SHAWN BENGE, in his official capacity as Deputy Director of Operations of the National Park Service,

       Federal Defendants,

BOARD OF COUNTY COMMISIONERS OF THE COUNTY OF
GUNNISON, COLORADO and THE GUNNISON COUNTY
STOCKGROWERS' ASSOCIATION, INC.,

       Defendant-Intervenors.

**JOINT MOTION FOR A 60-DAY STAY OF PROCEEDINGS**

---

[1] Tracy Stone-Manning is automatically substituted in for Nada Culver pursuant to Federal Rule of Civil Procedure 25(d).

Plaintiffs Center for Biological Diversity and Western Watersheds Project ("Plaintiffs") and Federal Defendants U.S. Department of the Interior; Debra Haaland, in her official capacity as Secretary of the U.S. Department of the Interior; U.S. Fish and Wildlife Service; Martha Williams, in her official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service; Bureau of Land Management; Tracy Stone-Manning, in her official capacity as Director of the Bureau of Land Management; U.S. Forest Service; Randy Moore, in his official capacity as Chief of the U.S. Forest Service; National Park Service; and Shawn Benge, in his official capacity as Deputy Director of Operations of the National Park Service (collectively "Federal Defendants"), hereby respectfully request that this Court approve this joint motion for a 60-day stay of proceedings in the above-referenced case until December 7, 2021. In support of this motion, the parties state as follows:

1. Plaintiffs filed their Complaint on December 7, 2020, alleging violations of the Endangered Species Act ("ESA") and Administrative Procedure Act ("APA"). ECF No. 1.

2. Federal Defendants filed their Answer on March 5, 2021. ECF No. 15.

3. On April 14, 2021, the Court issued a Joint Case Management Plan Order that, among other things, set deadlines for filing the Administrative Record, motions related to the administrative record, and the parties' merits briefing. ECF No. 18.

4. The Court granted a motion to intervene by defendant-intervenors Board of County Commissioners of the County of Gunnison and the Gunnison County Stockgrowers' Association, Inc. ("Defendant-Intervenors"). ECF No. 19. Defendant-

Intervenors filed their Answer on May 20, 2021.  ECF No. 20.

     5.     On August 17, 2021, the Court issued an Order extending Federal Defendants' deadline for lodging the Administrative Record until August 31, 2021, and allowing the Administrative Record to be conventionally filed with the Court on a flash drive.  ECF No. 25.  Federal Defendants timely lodged the Administrative Record.  ECF No. 27.

     6.     On August 25, 2021, the parties filed a stipulation and proposed revised joint case management plan agreeing to extensions of deadlines regarding revisions to the Administrative Record and record motions.  ECF No. 26.

     7.     Plaintiffs and Federal Defendants have recently conferred in regard to a possible negotiated settlement of this matter and agree that additional time is needed in an attempt to resolve the claims in this matter without the need for further litigation.

     8.     Accordingly, in the interest of judicial economy and the parties' interest in avoiding further litigation, Plaintiffs and Federal Defendants seek a 60-day stay until December 7, 2021, to allow the parties time to attempt to resolve the claims in this case without the need for further litigation. *Landis v. North American Co.*, 299 U.S. 248, 255 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants.").

     9.     This is the first motion for a stay filed in this matter.

     10.     The parties will file a joint status report by December 3, 2021 to update the Court on the status of this matter.

11. Counsel for Federal Defendants has conferred with counsel for Defendant-Intervenors, who stated that they do not oppose this motion.

NOW THEREFORE, Plaintiffs and Federal Defendants respectfully request that this Court enter an order as follows:

1. All proceedings in the above-captioned litigation are stayed until December 7, 2021.

2. The parties will file a joint status report by December 3, 2021, to update the Court on the status of this matter and to set new case management deadlines if necessary.

3. The Court declines to adopt the pending proposed joint case management plan (ECF No. 26-1), which is now moot.

4. All deadlines concerning the record and merits briefing are extended and stayed until the parties have agreed on a new joint case management plan, if necessary.

DATED: October 8, 2021

| s/ Ryan Adair Shannon<br>Ryan Adair Shannon<br>Center for Biological Diversity<br>P.O. Box 11374<br>Portland, OR 97211<br>Telephone:<br>(503) 283-5474<br>E-mail:<br>rshannon@biologicaldiversity.org<br><br>Counsel for the Center for Biological Diversity | TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br>SETH M. BARSKY, Chief<br>S. JAY GOVINDAN, Assistant Chief<br>Wildlife & Marine Resources Section<br><br>/s/ Kamela A. Caschette<br>Kamela A. Caschette, Trial Attorney<br>Wildlife & Marine Resources Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, DC 20044-7611 |

| s/ Talasi Brooks<br>Talasi Brooks<br>Western Watersheds Project<br>P.O. Box 2863<br>Boise ID 83701<br>Telephone: (208) 336-9077<br>Email: tbrooks@westernwatersheds.org<br><br>Counsel for Western Watersheds Project | Tel: (202) 305-0340<br>Fax: (202) 305-0275<br>Kamela.Caschette@usdoj.gov<br><br>*Attorneys for Federal Defendants* |
|---|---|