# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03580-RPM

CENTER FOR BIOLOGICAL DIVERSITY and
WESTERN WATERSHEDS PROJECT,

        Petitioners,

    v.

U.S. DEPARTMENT OF THE INTERIOR,
DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior,
U.S. FISH AND WILDLIFE SERVICE,
MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service,
BUREAU OF LAND MANAGEMENT,
TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management,
U.S. FOREST SERVICE,
RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service,
NATIONAL PARK SERVICE, and
CHARLES F. SAMS III, in his official capacity as Director of the National Park Service,

        Federal Respondents,

BOARD OF COUNTY COMMISIONERS OF THE COUNTY OF
GUNNISON, COLORADO and THE GUNNISON COUNTY
STOCKGROWERS' ASSOCIATION, INC.,

        Respondent-Intervenors.

## NOTICE OF SUPPLEMENTAL DOCUMENT

Federal Respondents give notice of the attached report issued by Colorado Parks and Wildlife titled "2022 Gunnison Basin Gunnison Sage-Grouse Lek Count Summary and Population Estimate" (the "2022 Report").

In their Answering Brief, Federal Respondents request that should the Court decline to dismiss this litigation as constitutionally and prudentially moot, that the Court instead administratively close or stay the litigation until the consultations currently being conducted under Section 7 of the Endangered Species Act ("ESA") are concluded. ECF No. 42 at 24.[1] As part of this request, Federal Respondents contend that administratively closing or staying the case will not cause Petitioners substantial harm because the status of Gunnison sage-grouse ("GUSG") in the Gunnison Basin is improving. *Id.* at 26. Federal Respondents also argue that should the Court rule against them on the merits, vacatur of the Candidate Conservation Agreement Biological Opinion is not warranted in part because grazing as currently managed by the agencies is not a serious or even moderate threat to GUSG in the Gunnison Basin. *Id.* at 43.

The 2022 Report shows that the GUSG population estimate increased again this year from 3,086 birds in 2021 to 3,832 birds in 2022 and is now above target population levels. Ex. 1 at 14-16. Thus, Federal Respondents file this supplemental document to advise the Court of factual developments that could affect the outcome of its decision. *See Fusari v. Steinberg*, 419 U.S. 379, 391 (1975) (Burger, C.J., concurring) ("[C]ounsel have a continuing duty to inform the Court of any development which may conceivably affect an outcome.").

---

[1] This filing refers to the ECF-stamped page numbers for filings.

Dated: December 19, 2022

        Respectfully submitted,

        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division
        S. JAY GOVINDAN, Chief
        BRIDGET K. MCNEIL, Assistant Chief

        */s/ Kamela A. Caschette*
        KAMELA A. CASCHETTE, Trial Attorney
        Wildlife & Marine Resources Section
        P.O. Box 7611, Ben Franklin Station
        Washington, DC 20044-7611
        Tel l (202) 305-0340; Fax l (202) 305-0275
        Kamela.Caschette@usdoj.gov

        *Attorneys for Federal Respondents*